Case 1:24-cv-09341-MKV   Document 12   Filed 03/06/25   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/6/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YELITZA PICON, *on behalf of herself and all others similarly situated*,

                Plaintiff,

                -against-

Clare V., LLC,

                Defendant.

1:24-cv-09341-MKV

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

       The Court is in receipt of a joint letter filed by Defendant informing the Court that the parties have reached a settlement in principle. [ECF No. 11]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the parties are unable to memorialize their settlement in writing and as long as the application to restore the action is made by April 7, 2025. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

       The Clerk of Court is respectfully requested to terminate the motion pending at docket entry 11.

**SO ORDERED.**

**Date: March 6, 2025**
**New York, NY**

                              **MARY KAY VYSKOCIL**
                              **United States District Judge**